B6F (Official Form 6F) (12/07)

In re __Lawrence Vincent Ruggiero Jr_____,          Case No. __6:10-bk-14339-EC_____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1314 <br> Academy Collection Service Inc. <br> Po Box 16119 <br> Philadelphia, pa 19114 | | | Collecting For Citi Bank | | | | 0 |
| ACCOUNT NO. 2575 <br> Bank Of America Card <br> Oncor Receiveable MgmP.O. Box 1880 <br> Southgate, MI 48185-0188 | | | Consideration: Credit Cards | | | | 6,277 |
| ACCOUNT NO. 7770 <br> Bank Of America Card Services <br> Creditor Financial Group LLC <br> P.O. Box 440290 <br> Auroa, CO 80044 | | | Consideration: Credit Cards | | | | 2,432 |
| ACCOUNT NO. <br> Bottom Line Books <br> Po Box 11014 <br> Des Moines, IA 50336 | | | Consideration: Other | | | | 47 |
| | | | | | | Subtotal ➤ | $ 8,756 |
| __1__ continuation sheets attached | | | | | | Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Lawrence Vincent Ruggiero Jr  _____ ,   Case No. __6:10-bk-14339-EC__
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8788 Bureau Of Collection Recovery Llc Po Box 9001 Eden Prairie, MN 55345 | | | Collecting For At&t Mobility | | | | 0 |
| ACCOUNT NO. 35-1 Sallie mae Po Box 9500 Wilkes-barre, PA 18773 | | | Incurred: 2006 Consideration: Student Loan | | | | 14,450 |
| ACCOUNT NO. 6897 Sears GC Services Unlimited 6330 Gulfton Houston, TX 77081 | | | Consideration: Credit Cards collection for Sears Card | | | | 3,354 |
| ACCOUNT NO. 0186 Student Loan Xpress Aes Po Box 2165 Harrisburg, PA 17105-2165 | | | Incurred: 2006 Consideration: Student Loan School failed and was closed-Class action suit filed to be heard 3-22-2010 | | | | 80,000 |
| ACCOUNT NO. 3005 United Recovery Systems Po Box 722929 Houston, TX  77272 | | | Collecting For Macys | | | | 0 |

Sheet no. __1__ of __1__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   97,804

Total ▶   $   106,560

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-746 - 33409