A. Cisneros
Email: amctrustee@mclaw.org
3403 Tenth Street, Suite 711
Riverside, CA  92501
Telephone:    (951) 328-3124
Telecopier:    (951) 682-9707

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| In Re: | Case No.: 6:10-14339-EC |
|---|---|
| RUGGIERO, LAWRENCE V | 10143392 |
|  | Chapter: 7 |
|  | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC §341(a)] AND [11 USC §343] |
| Debtor(s) |  |

TO THE ABOVE DEBTOR(S) AND THE ATTORNEY(S) OF RECORD, IF ANY:

Appearances having been made by the ☐Debtor and/or ☐Co-Debtor or ☒no appearances having been made at the previously scheduled meeting of creditors,

PLEASE TAKE NOTICE, that the Meeting of Creditors in the above-entitled case is continued to April 15, 2010 at 08:30 AM at U.S. BANKRUPTCY COURT, 3420 TWELFTH STREET, RIVERSIDE, CA  92501-3819.

The above-named debtor(s) is/are required to appear at said date and time pursuant to 11 U.S.C. §343.  Failure to appear at this scheduled hearing may result in the dismissal of your bankruptcy case or the denial of your bankruptcy discharge.

Dated:    April 2, 2010

/s/ A. Cisneros
A. CISNEROS, Trustee

I certify that I placed this Notice in a pre-stamped envelope and mailed this notice to the debtor and debtor's counsel, through the U.S. mail on April 2, 2010.

/s/ Breanna Rondilone