FILED & ENTERED

APR 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LAWRENCE V. RUGGIERO,<br><br><br><br>                                Debtor. | Case No: 6:10-bk-14339-EC<br><br>Chapter: 7<br><br>ORDER DENYING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS<br><br>(No hearing required) |

Debtor Lawrence V. Ruggiero's motion for an extension of time to file required documents pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Motion") came before this court without a hearing. The court having reviewed the Motion, the Motion having been filed after the deadline to file required documents, and no evidence of good cause having been presented,

//
//
//
//
//
//
//

- 1 -

1   IT IS HEREBY ORDERED that the Motion is denied.

DATED: April 19, 2010

*Ellen Carroll*

United States Bankruptcy Judge

- 2 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER DENYING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE REQUIRED DOCUMENTS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 4/15/10, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Arturo Cisneros: amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

George Holland
1970 Broadway Ste. 1030
Oakland, CA 94612

Lawrence V. Ruggiero
9522 Peridot
Hesperia, CA 92345

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page