B6F (Official Form 6F) (12/07)

In re __Lawrence Vincent Ruggiero__,                    Case No. __6:10-bk-14339-EC__
                Debtor                                                                       (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx0186<br>AES Student Loan Xpress<br>P.O. Box 2165<br>Harrisburg, PA  17105 | | | Incurred: 2006<br>Helicopter School Closed without warning<br>Class Action Lawsuit filed 3-22-2010 | | | X | 80,000 |
| ACCOUNT NO.  xxxxxxxxxxxxxx<br>Bottom Line Books<br>P. O. Box 11014<br>Des Moines, IA 50336 | | | Consideration: Student Book vendor | | | | 47 |
| ACCOUNT NO.  xxxxxxxxxxxxxx7770<br>Creditor Financial Group LLC<br>P. O. Box 440290<br>Auroa, CO  80044 | | | Consideration: Credit Card Debt (Unsecured)<br>Collecting for BofA Card Service | | | | 2,432 |
| ACCOUNT NO.  xxxxxxxxxxxxx2575<br>Oncor Receiveables Management<br>P.O. Box 1880<br>Southgate, MI  48185-0188 | | | Consideration: Credit Card Debt (Unsecured)<br>Collecting for Bank of America Card | | | | 6,277 |

__1__ continuation sheets attached                                             Subtotal ▶   $   88,756

                                                                                                                    Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

*AMENDED*

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Lawrence Vincent Ruggiero , Case No. 6:10-bk-14339-EC
                Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9456831435<br>Sallie Mae Loan<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773 | | | Incurred: 2006<br>Part of Helicopter School program-Closed<br>BK- class action suit -3-22-2010<br>Debt<br>program which closed- | | | X | 14,450 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ 14,450

Total > $ 103,206

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)